[No. 63570-1-I.   Division One.   April 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN M. MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-05776-7, Jeffrey M. Ramsdell, J., entered March 19, 2009. Appeal *dismissed*, action *converted* to personal restraint petition, and petition *denied* by unpublished opinion per Lau, J., concurred in by Leach, A.C.J., and Ellington, J.

[No. 63621-9-I.   Division One.   April 26, 2010.]

CHRISTOPHER TOMPKINS ET AL., *Respondents*, v. PHILIP BITAR ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-2-05190-1, George F.B. Appel, J., entered May 6, 2009. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Dwyer, C.J., and Lau, J.

[No. 63679-1-I.   Division One.   April 26, 2010.]

TESSA ENGLER, *Appellant*, v. CORPORATION OF THE CATHOLIC ARCHBISHOP OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-23258-1, Steven C. Gonzalez, J., entered June 8, 2009. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox and Lau, JJ.

[No. 64042-9-I.   Division One.   April 26, 2010.]

SAFECO INSURANCE COMPANY OF ILLINOIS, *Respondent*, v. KEN BURETTA ET AL., *Defendants*, BRIAN P. RUSSELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-03734-5, Paris K. Kallas, J., entered July 23, 2009. *Dismissed* by unpublished opinion per Spearman, J., concurred in by Becker and Schindler, JJ.